## WAPLES *vs.* M'GEE & SALMONS.

After issue joined on the merits, the court will not permit the defendant to amend by adding a plea of the act of limitation, or any plea not going to the merits.

CAPIAS case. Action for an injury to the reversionary interest in land.

*Cullen*, for defendants, after a continuance of the cause on legal grounds, moved for leave to amend his pleadings, which was resisted.

The case stood at issue on a plea of *not guilty*, and the court required him to disclose to them the matter which he desired leave to plead; when he stated that it was " a special license from plaintiff;" and also the *act of limitation*.

*The Court*, after argument and consideration, gave leave to amend and to plead the license; but refused to allow the amendment for the purpose of pleading the act of limitation, or any plea not going to the merits.

*Ridgely* and *Frame*, for plaintiff.
*Cullen*, for defendants.